IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CAROLYN BALDWIN,                           )
                                           )
                        Plaintiff,         )
                                           )          CIVIL ACTION
vs.                                        )
                                           )          Case No. 1:25-CV-00097
THE BAILEY COMPANY, LLLP and               )
STARBUCKS CORPORATION,                     )
                                           )
                        Defendants.        )

## **NOTICE OF SETTLEMENT**

Plaintiff, CAROLYN BALDWIN, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, THE BAILEY COMPANY, LLLP and STARBUCKS CORPORATION.

Plaintiff and Defendants, THE BAILEY COMPANY, LLLP and STARBUCKS CORPORATION, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendants request thirty (30) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 ● Tel (561) 807-7388 ● Fax (810) 885-5279

Respectfully submitted this 4th day of March 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 4th day of March, 2025.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279