IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CAROLYN BALDWIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE BAILEY COMPANY, LLLP and )<br>STARBUCKS CORPORATION, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>Case No. 1:25-CV-00097 |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CAROLYN BALDWIN, and Defendants, THE BAILEY COMPANY, LLLP and STARBUCKS CORPORATION, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 3rd day of April, 2025.

                                              Law Offices of
                                              THE SCHAPIRO LAW GROUP, P.L.

                                              /s/ *Douglas S. Schapiro*
                                              Douglas S. Schapiro, Esq.
                                              State Bar No. 54538FL
                                              The Schapiro Law Group, P.L.
                                              7301-A W. Palmetto Park Rd., #100A
                                              Boca Raton, FL 33433
                                              Tel: (561) 807-7388
                                              Email: schapiro@schapirolawgroup.com

                                              Attorney for Plaintiff

/s/ *Brent W. Houston*
Brent W. Houston, Esq.
Montgomery Little
5445 DTC Parkway, Suite 800
Greenwood Village, CO  80111
(303) 779-2759
Email:  bhouston@montgomerylittle.com

Attorney for Defendant, the Bailey Company, LLLP


/s/ *Daniel B. Boatright*
Daniel B. Boatright, Esq.
Littler Mendelson, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
(816) 627-4401
Email:  dboatright@littler.com

Attorney for Defendant, Starbucks Corporation


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL